```
 1  Allan D. NewDelman, Esq. (004066)
    Roberta J. Sunkin, Esq. (011993)
 2  ALLAN D. NEWDELMAN, P.C.
    80 East Columbus Avenue
 3  Phoenix, AZ  85012
    (602) 264-4550
 4  Attorney for Debtor(s)
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) In Proceedings Under |
|---|---|
|  | ) Chapter Thirteen |
|  | ) |
| JAMES ROBERT LEWIS and NANCY ANN LEWIS, | ) CASE NO. 2-08-bk-18246 CGC |
|  | ) |
|  | ) AMENDMENT TO SCHEDULE F |
|  | ) |
| Debtor(s). | ) |

Debtor(s), JAMES and NANCY LEWIS, by undersigned counsel and pursuant to Bankruptcy Rule 1009(a), hereby amend Schedule F to include the following creditor:

SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name & Address | Consideration | Amount |
|---|---|---|
| ARROWHEAD HOSPITAL<br>PO BOX 830913<br>BIRMINGHAM AL 35283-0913 | MEDICAL<br>ACCT NO. 30246590019 and<br>30246590027 | $221.76 |
| ABRAZO HEALTH CARE<br>8620 NORTH 22ND AVENUE<br>PHOENIX AZ 85021 | ADDITIONAL ADDRESS FOR ARROWHEAD HOSPITAL | |
| H&L MEDICAL SPECIALIST<br>C/O ARROWHEAD COLLECTIONS<br>4150 WEST PEORIA AVENUE<br>SUITE 222<br>PHOENIX AZ 85029-3956 | MEDICAL<br>ACCT NO. LEWMI010 | $118.00 |
| ANATOMIC PATHOLOGY ASSOC<br>PO BOX 6059<br>MESA AZ 85216-6059 | MEDICAL<br>ACCT NO. V007798168 | $83.20 |
| NORTH VALLEY GASTRO DVF<br>PO BOX 9907<br>PHOENIX AZ 85068-0907 | MEDICAL<br>ACCT NO. 00966100 | $70.42 |
| ERUM M NOON MD<br>PO BOX 39179<br>PHOENIX AZ 85069-9179 | MEDICAL | $336.00 |

```
 1  RSKM LLC                              COLLECTOR FOR ERUM M. NOON MD
    1715 WEST NORTHERN AVE
 2  SUITE 108
    PHOENIX AZ 85021-5479
 3
            Dated this 20th day of February, 2009.
 4
                                          ALLAN D. NEWDELMAN, P.C.
 5

 6                                        /s/ RJS 011993
                                          Roberta J. Sunkin, Esq.
 7  Copy of the foregoing along
    with a copy of the Notice of
 8  Chapter 13 Bankruptcy Case mailed
    this 20th day of February, 2009 to:
 9
    ARROWHEAD HOSPITAL
10  PO BOX 830913
    BIRMINGHAM AL 35283-0913
11
    ABRAZO HEALTH CARE
12  8620 NORTH 22ND AVENUE
    PHOENIX AZ 85021
13
    H&L MEDICAL SPECIALIST
14  C/O ARROWHEAD COLLECTIONS
    4150 WEST PEORIA AVENUE
15  SUITE 222
    PHOENIX AZ 85029-3956
16
    ANATOMIC PATHOLOGY ASSOC
17  PO BOX 6059
    MESA AZ 85216-6059
18
    NORTH VALLEY GASTRO DVF
19  PO BOX 9907
    PHOENIX AZ 85068-0907
20
    ERUM M NOON MD
21  PO BOX 39179
    PHOENIX AZ 85069-9179
22
    RSKM LLC
23  1715 WEST NORTHERN AVE
    SUITE 108
24  PHOENIX AZ 85021-5479

25
    By /s/ RJ Sunkin
26

27

28
```