# MONTHLY BUSINESS OPERATING STATEMENT

Case No: 2-08-bk-18246 CGC  Debtor(s) Name: Nancy Lewis  Date Prepared: 08/03/2009

Receipts and Disbursement for Month Ended July 2009  [A]

| | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| [B] 1 | Gross Sales | $ $.00 |
| [C] 2 | Less Cost of Goods Sold | $ $.00 |
| 3 | Gross Profit from Sales (subtract line 2 from line 1) | $ $.00 |
| 4 | Add Other Income | $ 990.00 |
| 5 | Gross Income (add lines 3 and 4) (A) | $ 990.00 |

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)

| | | |
|---|---|---|
| [D] 6 | Business Real Property Rent/Lease | $ $.00 |
| [E] 7 | Business Real Property Utilities | $ $.00 |
| [F] 8 | Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ $.00 |
| [G] 9 | Employee Benefits | $ $.00 |
| [H] 10 | Payroll Tax Deposits | $ $.00 |
| 11 | Sales Tax Deposits | $ $.00 |
| [I] 12 | Other Tax Deposits | $ $.00 |
| [J] 13 | Auto Expense | $ $40.00 |
| 14 | Repairs/Maintenance | $ $25.00 |
| [K] 15 | Insurance on Business (Fire, Theft, Liability, etc.) | $ $25.00 |
| 16 | Workman's Compensation Insurance | $ $.00 |
| 17 | Supplies (not included on line 2 above) | $ 278.00 |
| 18 | Telephone/Internet | $ $141.00 |
| 19 | Advertising/Promotion | $ $35.00 |
| [L] 20 | Travel/Entertainment | $ $.00 |
| [M] 21 | Professional Fees Paid (Attorney, Accountant, etc.) | $ $.00 |
| 22 | Other Costs/Expense | $ $.00 |
| 23 | Total Business Costs and Expenses for Month (B) | $ 544.00 |
| 24 | Net Income (Loss) for Month (A minus B) | $ 446.00 |

| | | |
|---|---|---|
| [N] | Total Funds On Hand/In Bank At End Of Month | $ 39.00 |
| [O] | Total Inventory On Hand At End Of Month | $ $.00 |
| [P] | Total Accounts Receivable (Collectible) At End Of Month | $ $.00 |
| [Q] | Total Accounts Payable At End Of Month | $ $.00 |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: *Nancy Lewis*  Date: 08/03/2009

Date: _____

Form B-6 (12/2000)  *Instruction on Reverse Side*