**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-20959 / 0145083697

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>James Robert Lewis and Nancy Ann Lewis<br><br><br>Debtors. | No. 2:08-bk-18246-CGC<br><br>Chapter 13<br><br>NOTICE OF LODGING ORDER |

Wells Fargo Bank, N.A., its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

DATED this 6th day of October, 2009.

                                          Respectfully submitted,

                                          TIFFANY & BOSCO, P.A.

                                          BY   /s/ MSB # 010167
                                                Mark S. Bosco
                                                Leonard J. McDonald
                                                Attorneys for Movant

Copy of the foregoing was
mailed this 6th day of October, 2009

James Robert Lewis and Nancy Ann Lewis
8791 W. Kathleen Road
Peoria AZ 85382
Debtors

Allan D. Newdelman, P.C.
80 East Columbus Ave.
Phoenix AZ 85012
Attorney for Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, AZ  85064-0434
Trustee

Wells Fargo Bank, N.A.
Movant


By:   Sheri L. Wray