**SO ORDERED.**

TIFFANY & BOSCO
P.A.

Dated: October 26, 2009



2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-20959/0145083697

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>James Robert Lewis and Nancy Ann Lewis<br>    Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>    Movant,<br>  vs.<br><br>James Robert Lewis and Nancy Ann Lewis,<br>Debtors; Edward J. Maney, Trustee.<br><br>    Respondents. | No. 2:08-bk-18246-CGC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #37) |

    This matter having come before the Court for a Preliminary Hearing on October 1, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Allan D. Newdelman, P.C., and good cause appearing,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated June 24, 2005, and recorded on July 11, 2005 in

Instrument No. 20050950343, in the office of the Maricopa County Recorder at wherein Wells Fargo Bank, N.A. is the current beneficiary and James Robert Lewis and Nancy Ann Lewis have an interest in, further described as:

Lot 131, ARROWHEAD SHORES UNIT II, according to Book 355 of Maps, page 36, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT